**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6296**

---

KRISTOPHER OWEN DANIELS,

Plaintiff - Appellant,

v.

SHIRK, Unit Manager; USP HAZELTON MEDICAL; USP HAZELTON COMPOUND; LIEUTENANT PEREZ; LIEUTENANT BARBER; GABBY, Assistant Warden,

Defendants - Appellees.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. Gina M. Groh, District Judge. (3:22-cv-00111-GMG)

---

Submitted: November 17, 2023                    Decided: November 30, 2023

---

Before NIEMEYER and WYNN, Circuit Judges, and MOTZ, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Kristopher Owen Daniels, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kristopher Owen Daniels appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Daniels' complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Daniels v. Shirk*, No. 3:22-cv-00111-GMG (N.D.W. Va. Mar. 16, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*